**(Official Form 1) (10/05)**

| United States Bankruptcy Court<br>Northern District of Illinois | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**HEIDEN, DANIEL ROBERT** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**HEIDEN, MESHELL MARIE** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA MESHELL MARIE TURPIN** |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**xxx-xx-0454** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**xxx-xx-5123** |
| Street Address of Debtor (No. & Street, City, and State):<br>**1114 LATHROP AVENUE**<br>**Forest Park, IL**　　ZIP Code **60130** | Street Address of Joint Debtor (No. & Street, City, and State):<br>**1114 LATHROP AVENUE**<br>**Forest Park, IL**　　ZIP Code **60130** |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business:<br>**Cook** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| **Type of Debtor** (Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check all applicable boxes.) | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and provide the information requested below.)<br>State type of entity: | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Nonprofit Organization qualified under 26 U.S.C. § 501(c)(3) | ☐ Chapter 7　☐ Chapter 11　☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9　☐ Chapter 12　☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>■ Chapter 13<br>**Nature of Debts** (Check one box)<br>■ Consumer/Non-Business　☐ Business |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2 million. |

**Statistical/Administrative Information**　　　　THIS SPACE IS FOR COURT USE ONLY

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

(Official Form 1) (10/05) FORM B1, Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **HEIDEN, DANIEL ROBERT**<br>**HEIDEN, MESHELL MARIE** |

**Prior Bankruptcy Case Filed Within Last 8 Years** (If more than one, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.<br>I further certify that I delivered to the debtor the notice required by §342(b) of the Bankruptcy Code.<br><br>**X  /s/ Jennifer A. Blanc**            **August 28, 2006**<br>Signature of Attorney for Debtor(s)        Date<br>**Jennifer A. Blanc 6257505** |

| **Exhibit C** | **Certification Concerning Debt Counseling by Individual/Joint Debtor(s)** |
|---|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No | ■ I/we have received approved budget and credit counseling during the 180-day period preceding the filing of this petition.<br><br>☐ I/we request a waiver of the requirement to obtain budget and credit counseling prior to filing based on exigent circumstances. (Must attach certification describing.) |

**Information Regarding the Debtor (Check the Applicable Boxes)**

**Venue** (Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
*Check all applicable boxes.*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

**(Official Form 1) (10/05)**   **FORM B1**, Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**HEIDEN, DANIEL ROBERT**
**HEIDEN, MESHELL MARIE**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by §342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X /s/ DANIEL ROBERT HEIDEN**
Signature of Debtor **DANIEL ROBERT HEIDEN**

**X /s/ MESHELL MARIE HEIDEN**
Signature of Joint Debtor **MESHELL MARIE HEIDEN**

Telephone Number (If not represented by attorney)

**August 28, 2006**
Date

### Signature of Attorney

**X /s/ Jennifer A. Blanc**
Signature of Attorney for Debtor(s)

**Jennifer A. Blanc 6257505**
Printed Name of Attorney for Debtor(s)

**Law Offices of Jennifer A. Blanc**
Firm Name

**60 W. Madison Avenue**
**Oak Park, IL 60302**

Address

**Email: jenlawone@earthlink.net**
**708/848-5291  Fax: 708/848-6551**
Telephone Number

**August 28, 2006**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by §1515 of title 11 are attached.

☐ Pursuant to §1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

```
AFNI
P.O. BOX 3427
404 BROCK DR.
Bloomington, IL 61702


ALLSTATE INSURANCE
P.O. BOX 3589
Akron, OH 44309-3589


ALLSTATE LIFE INSURANCE COMPANY
P.O. BOX 94213
Palatine, IL 60094-4213


BALLY TOTAL FITNESS
12440 E. IMPERIAL HIGHWAY
#300
Norwalk, CA 90650


CAPITAL ONE BANK
P.O. BOX 790216
Saint Louis, MO 63179-0216


CARBUCKS OF DELAWARE, INC.
1707 A MARSH RD.
Wilmington, DE 19810


CBUSA SEARS
P.O. BOX 6189
Sioux Falls, SD 57117


CINGLUAR WIRELESS
GLENRIDGE HIGHLANDS TWO
5565 GLENRIDGE CONNECTOR
Atlanta, GA 30342


CITIBANK/ FINGERHUT
P.O. BOX 166
Newark, NJ 07101-0166


CITIBANK/ FINGERHUT
P.O. BOX 166
Newark, NJ 07101-0166
```

```
COOK COUNTY TREASURER
P.O. BOX 4488
Carol Stream, IL 60197-4488


DISCOVER FINANCIAL SERVICES
P.O. BOX 15316
Wilmington, DE 19850


DONALD L. CHATMAN, M.D. LTD.
111 N. WABASH, STE. 1017
Chicago, IL 60602


GC SERVICES LIMITED PARTNERSHIP
P.O. BOX 3026
6330 GULFTON
Houston, TX 77253-3026


GRACE H. ESPOSITO, D.D.S., PC
7120 W. ROOSEVELT ROAD
Oak Park, IL 60304-1809


HSBC NV
P.O. BOX 19360
Portland, OR 97280


IL DEPT. REVENUE
101 W. JEFFERSON ST.
Springfield, IL 62702


ILLINOIS COLLECTION SERIVCE
4647 W. 103RD STREET
P.O. BOX 646
Oak Lawn, IL 60453


LINEBARGER GOGGAN BLAIR SAMPSON LLP
P.O. BOX 06140
Chicago, IL 60606-0148


LOYOLA UNIVERSITY HEALTH SYSTEM
C/O NATIONWIDE CREDIT & COLLECTION
9919 W. ROOSEVELT ROAD
Westchester, IL 60154
```

```
LOYOLA UNIVERSITY MEDICAL CTR.
2160 S. FIRST AVENUE
Maywood, IL 60153


LOYOLA UNIVERSITY MEDICAL CTR.
2160 S. FIRST AVENUE
Maywood, IL 60153


LOYOLA UNIVERSITY PHYISICAN FUNDTN
2 WESTBROOK CORPORATE CENTER
#600
Westchester, IL 60154


LOYOLA UNIVERSITY PHYISICAN FUNDTN
2 WESTBROOK CORPORATE CENTER
#600
Westchester, IL 60154


MBNA AMERICA
P.O. BOX 15137
Wilmington, DE 19884


MENARD INC.
C/O WEXLER & WEXLER
500 W MADISON STE. 291
Chicago, IL 60661


MENARD INC.
C/O WEXLER & WEXLER
500 W MADISON STE. 291
Chicago, IL 60661


NICOR
P.O. BOX 416
Aurora, IL 60568-0001


OPTION ONE MORTGAGE
P.O. BOX 92103
Los Angeles, CA 90009-2103


ORCHARD BANK/HSBC CARD SERVICES
P.O. BOX 17051
Baltimore, MD 21297-1051
```

PUBLISHERS CLEARING HOUSE
P.O. BOX 400491
Des Moines, IA 50340-0491


SPECIALIZED LOAN SERVICING, LLC
8742 LUCENT BLVD.
STE. 300
HIGHLANDS RANCH, CO 80129


SPECIALTY MERCHANDISE CORP.
C/O STATE'S RECOVERY SYSTEM
2951 SUNRISE BLVD
Rancho Cordova, CA 95742


TAUBERY LANDSCAPE GROUP
P.O. BOX 342
Brookfield, IL 60513


VILLAGE OF FOREST PARK
517 DES PLAINES
Forest Park, IL 60130


WASHINGTON MUTUAL
P.O. BOX 1097
Northridge, CA 91328-1097