IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Heiden, Daniel Robert | Case Number: 06 B 10579 |
|---|---|---|
| | Heiden, Meshell Marie | Judge: Goldgar, A. Benjamin |
| | Printed: 5/13/08 | Filed: 8/28/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: April 25, 2008
Confirmed: October 17, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 15,320.72 | |
| Secured: | | 2,393.52 |
| Unsecured: | | 10,230.56 |
| Priority: | | 360.15 |
| Administrative: | | 1,525.00 |
| Trustee Fee: | | 810.85 |
| Other Funds: | | 0.64 |
| Totals: | 15,320.72 | 15,320.72 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Jennifer A Blanc Douge | Administrative | 1,525.00 | 1,525.00 |
| 2. | Option One Mortgage Corp | Secured | 0.00 | 0.00 |
| 3. | Option One Mortgage Corp | Secured | 0.00 | 0.00 |
| 4. | Option One Mortgage Corp | Secured | 0.00 | 0.00 |
| 5. | Option One Mortgage Corp | Secured | 0.00 | 0.00 |
| 6. | Carbucks Of Delaware Inc | Secured | 2,393.52 | 2,393.52 |
| 7. | Illinois Dept of Revenue | Priority | 360.15 | 360.15 |
| 8. | Illinois Dept of Revenue | Unsecured | 329.52 | 329.52 |
| 9. | Fingerhut | Unsecured | 407.81 | 407.81 |
| 10. | ECast Settlement Corp | Unsecured | 5,122.21 | 5,122.21 |
| 11. | Carbucks Of Delaware Inc | Unsecured | 436.26 | 436.26 |
| 12. | Discover Financial Services | Unsecured | 3,088.91 | 3,088.91 |
| 13. | Capital One | Unsecured | 493.50 | 493.50 |
| 14. | Nicor Gas | Unsecured | 352.35 | 352.35 |
| 15. | My Cash Now | Unsecured | 880.00 | 0.00 |
| 16. | Cook County Treasurer | Secured | | No Claim Filed |
| 17. | Specialized Loan Servicing LLC | Secured | | No Claim Filed |
| 18. | Specialized Loan Servicing LLC | Secured | | No Claim Filed |
| 19. | Linebarger Goggan Blair & Simpson | Priority | | No Claim Filed |
| 20. | Bally Total Fitness | Unsecured | | No Claim Filed |
| 21. | HSBC | Unsecured | | No Claim Filed |
| 22. | Allstate Insurance Company | Unsecured | | No Claim Filed |
| 23. | AFNI | Unsecured | | No Claim Filed |
| 24. | Citibank | Unsecured | | No Claim Filed |
| 25. | CB USA | Unsecured | | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Heiden, Daniel Robert | Case Number: 06 B 10579 |
|---|---|---|
| | Heiden, Meshell Marie | Judge: Goldgar, A. Benjamin |
| | Printed: 5/13/08 | Filed: 8/28/06 |

| | | | | |
|---|---|---|---|---|
| 26. | Cingular Wireless | Unsecured | | No Claim Filed |
| 27. | Capital One | Unsecured | | No Claim Filed |
| 28. | Citibank | Unsecured | | No Claim Filed |
| 29. | GC Services Corporation | Unsecured | | No Claim Filed |
| 30. | Donald Chatman | Unsecured | | No Claim Filed |
| 31. | Grace H Esposito DDS PC | Unsecured | | No Claim Filed |
| 32. | Allstate Insurance Company | Unsecured | | No Claim Filed |
| 33. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 34. | Hinckley Springs | Unsecured | | No Claim Filed |
| 35. | Discover Financial Services | Unsecured | | No Claim Filed |
| 36. | Figi's Inc. | Unsecured | | No Claim Filed |
| 37. | Loyola University Health System | Unsecured | | No Claim Filed |
| 38. | Loyola University Medical Center | Unsecured | | No Claim Filed |
| 39. | Village of Forest Park | Unsecured | | No Claim Filed |
| 40. | Loyola University Medical Center | Unsecured | | No Claim Filed |
| 41. | Loyola University Phys Foundation | Unsecured | | No Claim Filed |
| 42. | Masseys | Unsecured | | No Claim Filed |
| 43. | Menards Inc | Unsecured | | No Claim Filed |
| 44. | Menards Inc | Unsecured | | No Claim Filed |
| 45. | Publishers Clearing House | Unsecured | | No Claim Filed |
| 46. | Specialty Merchandise Corp | Unsecured | | No Claim Filed |
| 47. | Seventh Avenue | Unsecured | | No Claim Filed |
| 48. | Orchard Bank | Unsecured | | No Claim Filed |
| 49. | Washington Mutual Bank FA | Unsecured | | No Claim Filed |
| 50. | Taubery Landscape Group | Unsecured | | No Claim Filed |
| 51. | Loyola University Phys Foundation | Unsecured | | No Claim Filed |
| 52. | Sullivan Urgent Aid Centers | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 15,389.23 | $ 14,509.23 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 131.96 |
| 5.4% | 678.61 |
| 6.5% | 0.28 |
| | _____ |
| | $ 810.85 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

